UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MAURICE DUKES,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES CHAU, et al.,<br><br>  Defendants. | No.  1:25-cv-00486-KES-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE COURT'S JULY 24, 2025, SCREENING ORDER AND BLANK AMENDED COMPLAINT FORM<br><br>(ECF Nos. 16, 17) |

Plaintiff is proceeding pro se and in forma pauperis n this action filed pursuant to 42 U.S.C. § 1983.

On July 24, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint.  (ECF No. 14.)  After Plaintiff failed to file a response, the Court issued an order to show cause why the action should not be dismissed on September 2, 2025.  (ECF No. 15.)

On September 11, 2025, Plaintiff filed a response to the order to show causer and a separate motion for an extension of time to file an amended complaint.  (ECF Nos. 16, 17.) Therein, Plaintiff contends that he never received a copy of a blank amended civil rights complaint form as directed in the Court's July 24, 2025, screening order.  (ECF No. 16 at 1.)

1

Based on the showing of good cause, the Court will discharge the order and grant Plaintiff thirty days to file an amended complaint. Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued on September 11, 2025 (ECF No. 15), is DISCHARGED;
2. The Clerk of Court shall send Plaintiff a blank civil rights complaint form; and
3. Plaintiff is granted **thirty (30)** days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge