UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MAURICE DUKES,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CHAU, et al.,<br><br>Defendants. | No.  1:25-cv-00486-KES-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 24) |

Plaintiff is proceeding pro se and in forma pauperis n this action filed pursuant to 42 U.S.C. § 1983.

On October 24, 2025, the Court screened Plaintiff's first amended complaint, found no cognizable claims for relief, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 20.)

Despite the fact that Plaintiff was granted two extensions of time to file an amended complaint, to date Plaintiff has not filed an amended complaint and the time to do so has passed. (ECF Nos. 22, 24.)  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1