UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MAURICE DUKES,<br><br>     Plaintiff,<br><br>  v.<br><br>JAMES CHAU, et al.,<br><br>     Defendants. | No.  1:25-cv-00486-KES-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON FEBRUARY 2, 2026<br><br>(ECF No. 25) |

Plaintiff is proceeding pro se and in forma pauperis n this action filed pursuant to 42 U.S.C. § 1983.

On February 2, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to file an amended complaint.  (ECF No. 25.)  However, on this same date, Plaintiff filed a second amended complaint which was docketed after the order to show cause.  Accordingly, it is HEREBY ORDERED that the order to show issued on February 2, 2026, is DISCHARGED, and the Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:  __**February 4, 2026**__          _____

STANLEY A. BOONE
United States Magistrate Judge

1