UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MAURICE DUKES,<br>Plaintiff,<br>v.<br>JAMES CHAU, et al.,<br>Defendants. | No. 1:25-cv-00486-KES-SAB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>Doc. 28 |

Plaintiff Darnell Maurice Dukes is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. Doc. 28 at 9. The Court served the findings and recommendations on Dukes and notified him that any objections were due within 14 days. Doc. 28 at 9. The Court advised Dukes that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Dukes filed objections on April 6, 2026. Doc. 29. Dukes' objections do not undermine the findings and recommendations.

to the extent Dukes asserts that he asserted a claim under the Americans with Disabilities Act, *see* Doc. 29 at 2, that is inconsistent with his second amended complaint, *see* Doc. 26. And Dukes fails to show that he has pleaded or could plead any cognizable claim for relief.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on March 11, 2026 (Doc. 28) are **ADOPTED** in full.
2. This action is **DISMISSED** for failure to state a cognizable claim for relief.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE